# EXHIBIT B

# FOR SETTLEMENT PURPOSES ONLY
(Atrium Condominium)

**Calculaton for**     **Lilly Penafiel**

**Period 1**

|  |  |  |
|---|---|---|
| **Assumptions:** | Period Worked | November 12, 2012 to July 7, 2013 |
| | Number of weeks worked | 34 weeks |
| | Hours worked/week | 43.33 hours |
| | Salary | $10.00/hour |

**Overtime Wage**
If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $10.00

Unpaid OT due to Time Shaving = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
= 0.5 x 10 x 3.33 x 34
= $1,698.30

**Period 1 Total** =   $1,698.30

**Period 2**

|  |  |  |
|---|---|---|
| **Assumptions:** | Period Worked | July 8, 2013 to December 30, 2013 |
| | Number of weeks worked | 25 weeks |
| | Hours worked/week | 43.33 hours |
| | Salary | $11.00/hour |

**Overtime Wage**
If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $11.00

Unpaid OT due to Time Shaving = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
= 0.5 x 11 x 3.33 x 25
= $1,373.63

**Period 2 Total** =   $1,373.63

**Period 3**

|  |  |  |
|---|---|---|
| **Assumptions:** | Period Worked | December 31, 2013 to December 30, |
| | Number of weeks worked | 52 weeks |
| | Hours worked/week | 43.33 hours |
| | Salary | $11.00/hour |

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:  $11.00

Unpaid OT due to Time Shaving = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
= 0.5 x 11 x 3.33 x 52
= $2,857.14

**Period 3 Total** =  $2,857.14

**Period 4**

| Assumptions: | Period Worked | December 31, 2014 to October 11, 2015 |
|---|---|---|
| | Number of weeks worked | 41 weeks |
| | Hours worked/week | 43.33 hours |
| | Salary | $11.00/hour |

**Overtime Wage**

Regular Rate of:  $11.00

Unpaid OT due to Time Shaving = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
= 0.5 x 11 x 3.33 x 41
= $2,252.75

**Period 4 Total** =  $2,252.75

**Period 5**

| Assumptions: | Period Worked | October 12, 2015 to December 30, 2015 |
|---|---|---|
| | Number of weeks worked | 11 weeks |
| | Hours worked/week | 43.33 hours |
| | Salary | $11.75/hour |

**Overtime Wage**

Regular Rate of:  $11.75

Unpaid OT due to Time Shaving = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
= 0.5 x 11.75 x 3.33 x 11
= $645.79

**Period 5 Total** =  $645.79

**PERIOD 6**

| Assumptions: | Period Worked | December 31, 2015 to June 5, 2016 |
|---|---|---|
| | Number of weeks worked | 22 weeks |
| | Hours worked/week | 43.33 hours |

|  | Salary | $11.75/hour |
|---|---|---|

**Overtime Wage**

Regular Rate of: $11.75

Unpaid OT due to Time Shaving = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)

= 0.5 x 11.75 x 3.33 x 22

= $1,291.57

**Period 6 Total** = $1,291.57

| Back wage (all periods) = | $10,947.32 |
|---|---|
| NY State Liquidated Damage = | $10,947.32 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement = | $5,000.00 |

**Total = $20,947.32**

Legal fees and expenses to be determined.